CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　　Case No: 22-20030-DDC-TJJ
　　　　　　　　　　　　　　　　　　　　　　　　　　　　AUSA: Jabari Wamble
　　　　　　Plaintiff,　　　　　　　　　　　　　　　　　　Defendant: Stacy Stotts
v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lauren P. DeSantis-Then

BRIAN CHANSKY,
　　　　　　Defendant.

| JUDGE: | Judge Angel D. Mitchell | DATE: | July 20, 2022 |
|---|---|---|---|
| DEPUTY CLERK: | Heather Tildes | TAPE/REPORTER: | FTR Network @ 10:00 AM |
| INTERPRETER: | _____ | PROBATION: | Amanda Hudson |

## PROCEEDINGS

☒ Initial Appearance – 17 min.　　☐ Initial Revocation Hearing　　☐ Bond Hearing
☐ Detention Hearing　　　　　　　☐ Initial Rule 5(c)(3)　　　　　☐ Bond Revocation Hearing
☒ Arraignment – 4 min.　　　　　　☐ Preliminary Hearing　　　　　☐ Status Conference
☐ Discovery Conference　　　　　　☐ Pretrial Conference　　　　　☐ In-Court Hearing

☒ Defendant sworn　　　　　　　　☐ Examined re: financial status　　☐ Counsel appointed

☒ Charges and penalties explained to defendant　　　　☒ Advised of Due Process Protections Act
☒ Constitutional Rights Explained　　☒ Felony　　　　☐ Misdemeanor
☐ Declines to Waive Indictment　　☐ Will be presented to next Grand Jury
☒ Signed Waiver of Indictment

☒ Waived Reading　　☐ Read to Defendant:　　☐ Indictment　　☒ Information　　☐ Complaint
☒ Number of Counts: 1　　☐ Guilty　　　　　　☒ Not Guilty　　☐ Indictment Unsealed

☐ Bond Revoked　　　　　　　　☐ Bail Fixed at: $_____
☒ Release Order executed　　　　☐ Continued on present conditions　　☐ Remanded to Custody


☒ Case Management Order will be issued by Magistrate Judge Mitchell

☒ Status Conference: August 25, 2022 at 1:30 PM before Judge Crabtree in Courtroom 476.


OTHER:  Defendant appears in person and with retained counsel. Defendant waives his right to an Indictment. The court finds that the defendant's waiver is knowing and voluntary and it is accepted.  The court releases defendant on conditions of pretrial release with the conditions as stated on the record. Formal Order of Conditions of Release to follow.